UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | EDTN Mag No. 1:12-MJ-148 |
| vs. | ) | NDOH Case No. 5:12CR106 |
| | ) | |
| JONAH M. WOOLEY | ) | JUDGE CARTER |
| JAMES A. WOOLEY | ) | |

MEMORANDUM AND ORDER

The defendants appeared for a hearing before the undersigned on May 4, 2012, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance on an Indictment and Warrant out of the Northern District of Ohio. Those present for the hearing included:

(1) AUSA Scott Winne for the USA.
(2) The defendant, Jonah M. Wooley.
(3) Attorney Norman Lipton for defendant Jonah Wooley.
(4) The defendant, James A. Wooley.
(5) Attorney Marlene Marsa of Federal Defender Services.
(6) Deputy Clerk Kelli Jones.

After being sworn in due form of law, the defendants were informed or reminded of their privilege against self-incrimination accorded them under the 5th Amendment to the United States Constitution.

It was determined the defendants wished to be represented by an attorney and they qualified for the appointment of an attorney to represent them at government expense. The defendants were provided with a copy of the Indictment and Warrant and had the opportunity of reviewing the documents with their respective attorney. It was determined defendants were able to understand the copy of the aforesaid documents each had been provided.

AUSA Winne moved defendants be detained without bail pending a hearing in the Northern District of Ohio.

Findings

(1) Explanation of Rule 20 of the Federal Rules of Criminal Procedure were made to the defendants. Both defendants waived their Rule 5 identity hearing. Both defendants asked to have a detention hearing in the charging district.

1

<u>Conclusions</u>

It is ORDERED:

(1) Defendants Jonah M. Wooley and James A. Wooley shall be DETAINED WITHOUT BAIL pending their transfer to the Northern District of Ohio.

(2) The U.S. Marshal shall transport the defendants to the Northern District of Ohio for a hearing before a U.S. Magistrate Judge on a date to be determined once defendants are in said district.

ENTER.

S /*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE

2

Case 1:12-mj-00148-WBC   Document 6   Filed 05/04/12   Page 2 of 2   PageID #: 10